UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENOK MENGESHA,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>　　　　*Defendants*. | Case No. 1:19-cv-3304 (ABJ) |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that on April 14, 2020, the Office of the Attorney General, on behalf of Defendant District of Columbia, mailed a copy of the Court's April 14, 2020 Order [8] to Plaintiff via first class mail at the following address:

　　Henok A. Mengesha
　　908 New Hampshire Ave., NW, Suite 400
　　Washington, DC 20037

Date: April 14, 2020　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　KARL A. RACINE
　　　　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　　　　CHAD COPELAND
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　　　/s/ *Christina Okereke*
　　　　　　　　　　　　　　　　　　　　　　CHRISTINA OKEREKE [219272]
　　　　　　　　　　　　　　　　　　　　　　Chief, Civil Litigation Division Section II

　　　　　　　　　　　　　　　　　　　　　　/s/ *Philip Medley*
　　　　　　　　　　　　　　　　　　　　　　PHILIP MEDLEY [1010307]
　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　　441 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　　　Suite 630 South
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001

                (202) 724-6626
                (202) 741-5920 (fax)
                Philip.medley@dc.gov

                /s/ *Matthew Trout*
                MATTHEW TROUT [1030119]
                Assistant Attorney General
                441 Fourth Street, N.W.
                Suite 630 South
                Washington, D.C. 20001
                (202) 724-5695
                (202) 724-6590 (fax)
                matthew.trout1@dc.gov

                *Counsel for Defendant District of Columbia*