# US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Henok A. Mengesha

v.                                                                    1:19-cv-03304

Benidia Rice et al                                      Judge: Jackson, Amy Berman

### Motion for leave of court to extend time to serve

Plaintiff was told by the process server that all defendants were served and proof of service was filed with the court. After the District filed its response, plaintiff checked on the docket to find that proof of service was not filed for everyone. Plaintiff is unable to reach the process server and unable to re-serve due to the pandemic.

The court should note that the complaint was emailed to all defendants in Jan, see exhibit 1. When plaintiff filed for default, the motion was mailed and emailed to all parties, see exhibit 2 and the government replied. Under these circumstances and the fact that one of the causes of action has 1 year statute of limitation, plaintiff requests leave of court to re-serve all parties. There is no prejudice to any party if the case is decided on its merits.

Henok A. Mengesha



RECEIVED
Mail Room

APR 22 2020

A. Caesar, Clerk of Court
Court, District of Columbia

## Certificate of Service

I certify that a true copy of the foregoing and attached was mailed through regular mail and delivered to Defendant's    4/21/2020

*Henok Araya* /s/

Benidia Rice

440 4th st NW suite 550 N

Washington dc 20001

And

The District of Columbia

Serve: Mayor Bowser

1350 Pennsylvania av nw

Washington dc 20004

DC attorney General

1350 Pennsylvania av nw

Washington dc 20004

And

Magda Benfield

440 4th st NW suite 550 N

Washington dc 20001

**Exhibit 1**

**Exhibit 2**

## mengesha v. dc et al 1:19 cv 03304

From: h araya (arayahen@yahoo.com)
To: oag@dc.gov
Date: Thursday, April 9, 2020, 12:22 PM EDT

this is a case in the district court titled
Mengesha v. rice et al
DC is a party to the case.
There has been no reply to the complaint.
attached is a motion for default.
henok


Plaintiff's rule 55 motion for default.docx
18.1kB

## motion for default

From: h araya (arayahen@yahoo.com)

To: magda.benfield@dc.gov; benidia.rice@dc.gov; james.mcintyre@dc.gov; nicole.reece@dc.gov; yajaira.briganty@dc.gov

Date: Wednesday, April 8, 2020, 05:09 PM EDT



Plaintiff's rule 55 motion for default.docx
18.1kB