## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Henok A. Mengesha

v.                                                                                          1:19-cv-03304

Benidia Rice et al                                                       Judge: Jackson, Amy Berman

### Plaintiffs' motion to deem all defendants served and opposition to DC gov's motion

Plaintiff will first address the issue of service. Plaintiff will file an opposition to dc government's motion to dismiss separately in a week.

DC government and the rest of the defendants should be deemed served. On its motion, DC government's statement that it was not served is inaccurate. On page 2, foot note 2, the government admits that , " the undersigned counsel received **copies** of the **original** complaint via first class mail." The government further argues that the address 440 fourth st nw is an incorrect address but it admits to receiving original complaints.

The office of the attorney general accepts service for all the defendants. The office of the attorney general admits to be in possession of all the **copies of the original complaints** and summons. The affidavit filed, though it appears incomplete and inaccurate on its face, has served the original complaint and summons on the hands of the office of attorney general.

The spirit of process service is to give notice to the defendants. Based on the government's admission that it's in possession of the original summons and complaints, and has proper notice of the complaint, the court should deem dc gov and all defendants as served. Reserving all defendants with the complaints and summons will be futile.

Henok A. Mengesha



Case 1:19-cv-03304-ABJ   Document 14   Filed 04/27/20   Page 2 of 3

## Certificate of Service

I certify that a true copy of the foregoing and attached was mailed through regular mail and delivered to Defendant's     4/23/2020

*Henok Araya*

Matthew trout

Assistant attorney general

441 4th st nw suite 630 south

Washington dc 20001

Matthew.trout1@dc.gov

Benidia Rice

440 4th st NW suite 550 N

Washington dc 20001

And

The District of Columbia

Serve: Mayor Bowser

1350 Pennsylvania av nw

Washington dc 20004

DC attorney General

1350 Pennsylvania av nw

Washington dc 20004

And

Magda Benfield

440 4th st NW suite 550 N

Washington dc 20001


And

Jame Kevin McIntyre

440 4th st NW suite 550 N

Washington dc 20001

And

Nicole M. Reece

440 4th st NW suite 550 N

Washington dc 20001

And

Briganty, Yajaira

440 4th st NW suite 550 N

Washington dc 20001