## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Henok A. Mengesha

v.                                                                           1:19-cv-03304

Benidia Rice et al                                            Judge: Jackson, Amy Berman

<u>Plaintiff's Reply</u> to show cause

When plaintiff received the court's order to show cause, plaintiff had already requested leave of court to re-serve defendants and had already filed a motion to deem defendants served. Plaintiff wholly incorporates both his opposition and motion to deem served into this reply motion.

I am unable to reach any process server and the process server from Dec 2019, I am unable to locate. DC OAG had already admitted that it received ALL original complaints in Jan 2020. DC oag accepts service for the district and its employee when sued on their official capacity. Therefore, they should be deemed served.

Currently, due to the pandemic, the district is accepting service of process electronically, see exhibit 1. Plaintiff has re-served all defendants- the district and their employees in their official capacity through the District of Columbia OAG, see exhibit 1.

Any dismissal for want of prosecution would be a dismissal with prejudice as the claim of malicious prosecution has a year of statute of limitations. I ask the court to dismiss the show cause order and deem the defendants served in Jan 2020. The court can also deem defendants re-served on 4/28/2020 and extend the time to reply by 60 days. In the alternative, the court should extend time to re-serve.

Henok A. Mengesha



RECEIVED
Mail Room
APR 29 2020
Clerk of Court
District of Columbia

## Certificate of Service

I certify that a true copy of the foregoing and attached was mailed through regular mail and delivered to Defendant's     4/28/2020

*Henok Araya*

Matthew trout

Assistant attorney general

441 4th st nw suite 630 south

Washington dc 20001

Matthew.trout1@dc.gov

Benidia Rice

440 4th st NW suite 550 N

Washington dc 20001

And

The District of Columbia

Serve: Mayor Bowser

1350 Pennsylvania av nw

Washington dc 20004

DC attorney General

1350 Pennsylvania av nw

Washington dc 20004

And

Magda Benfield

440 4th st NW suite 550 N

Washington dc 20001


And

Jame Kevin McIntyre

440 4th st NW suite 550 N

Washington dc 20001

And

Nicole M. Reece

440 4th st NW suite 550 N

Washington dc 20001

And

Briganty, Yajaira

440 4th st NW suite 550 N

Washington dc 20001