Ex - 1

# RE: service of process

From: Copeland, Chad (OAG) (chad.copeland@dc.gov)

To: arayahen@yahoo.com

Cc: stephanie.litos@dc.gov

Date: Tuesday, April 28, 2020, 10:44 AM EDT

Yes, on a temporary basis throughout the public health emergency. The procedure for electronic service is laid out in the attached office order.

Chad Copeland

Deputy Attorney General

Civil Litigation Division

Office of the Attorney General for the District of Columbia

441 4th Street, NW

Washington, D.C. 20001

(202) 724-6623

chad.copeland@dc.gov

**From:** h araya <arayahen@yahoo.com>
**Sent:** Tuesday, April 28, 2020 10:28 AM
**To:** Copeland, Chad (OAG) <chad.copeland@dc.gov>
**Subject:** service of process

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Mr. Copeland,

Due to the pandemic, I was told that OAG is now accepting service of process electronically for the district and its employees? is that true?

Henok


2020-10 OFFICE ORDER (Temp Service Process).pdf
96.6kB

# RE: service of process

From: Copeland, Chad (OAG) (chad.copeland@dc.gov)

To: arayahen@yahoo.com

Cc: stephanie.litos@dc.gov

Date: Tuesday, April 28, 2020, 11:00 AM EDT

Official capacity, yes. Individual capacity, no.

Also, please ensure both stephanie.litos@dc.gov and tonia.robinson@dc.gov are both on the service email, as mandated by the Office Order.

Chad Copeland

Deputy Attorney General

Civil Litigation Division

Office of the Attorney General for the District of Columbia

441 4th Street, NW

Washington, D.C. 20001

(202) 724-6623

chad.copeland@dc.gov

**From:** h araya <arayahen@yahoo.com>
**Sent:** Tuesday, April 28, 2020 10:56 AM
**To:** Copeland, Chad (OAG) <chad.copeland@dc.gov>
**Subject:** Re: service of process

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

When employees are sued on their official capacity, you do not accept service?

On Tuesday, April 28, 2020, 10:49:29 AM EDT, Copeland, Chad (OAG) <chad.copeland@dc.gov> wrote:

# Re: service of process

From: h araya (arayahen@yahoo.com)

To: chad.copeland@dc.gov

Cc: stephanie.litos@dc.gov

Bcc: tonia.robinson@dc.gov

Date: Tuesday, April 28, 2020, 10:52 AM EDT

Thank you.
Please, see attached service of process documents for the district and employees of the district.
The case is already handled by Matthew Trout.
Henok

On Tuesday, April 28, 2020, 10:44:03 AM EDT, Copeland, Chad (OAG) <chad.copeland@dc.gov> wrote:

Yes, on a temporary basis throughout the public health emergency. The procedure for electronic service is laid out in the attached office order.

Chad Copeland

Deputy Attorney General

Civil Litigation Division

Office of the Attorney General for the District of Columbia

441 4th Street, NW

Washington, D.C. 20001

(202) 724-6623

chad.copeland@dc.gov

**From:** h araya <arayahen@yahoo.com>
**Sent:** Tuesday, April 28, 2020 10:28 AM
**To:** Copeland, Chad (OAG) <chad.copeland@dc.gov>
**Subject:** service of process

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Mr. Copeland,

Due to the pandemic, I was told that OAG is now accepting service of process electronically for the district and its employees? is that true?

Henok


amended complaint.pdf
857.6kB


Summons in a Civil Action benfield.pdf
144.5kB


Summons in a Civil Action briganty.pdf
145.6kB


Summons in a Civil Action dc.pdf
148.1kB


Summons in a Civil Action james.pdf
145.6kB


Summons in a Civil Action.pdf reece.pdf
144.1kB


summons rice.pdf
399.4kB