**US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Henok A. Mengesha

v. 1:19-cv-03304

Benidia Rice et al Judge: Jackson, Amy Berman

**Proof of service on defendant Yajaira Briganty**

Due to the unusual current circumstance, DC gov OAG is accepting process service electronically, see exhibit 1. The above defendant was served through OAG under her official capacity, see exhibit 2. Summons and amended complaint for each defendant was served electronically on OAG.

Respectfully

Henok A Mengesha



**Exhibit 1**

Yahoo Mail - RE: service of process

# RE: service of process

From: Copeland, Chad (OAG) (chad.copeland@dc.gov)

To: arayahen@yahoo.com

Cc: stephanie.litos@dc.gov

Date: Tuesday, April 28, 2020, 10:44 AM EDT

Yes, on a temporary basis throughout the public health emergency. The procedure for electronic service is laid out in the attached office order.

Chad Copeland

Deputy Attorney General

Civil Litigation Division

Office of the Attorney General for the District of Columbia

441 4th Street, NW

Washington, D.C. 20001

(202) 724-6623

chad.copeland@dc.gov

**From:** h araya <arayahen@yahoo.com>
**Sent:** Tuesday, April 28, 2020 10:28 AM
**To:** Copeland, Chad (OAG) <chad.copeland@dc.gov>
**Subject:** service of process

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Mr. Copeland,

Due to the pandemic, I was told that OAG is now accepting service of process electronically for the district and its employees? is that true?

Henok

2020-10 OFFICE ORDER (Temp Service Process).pdf
96.6kB

5/1/2020 Case 1:19-cv-03304-ABJ Document 17 Filed 05/04/20 Page 4 of 7
Yahoo Mail - RE: service of process

2/2

**Exhibit 2**

Yahoo Mail - Re: service of process

# Re: service of process

From: h araya (arayahen@yahoo.com)

To: chad.copeland@dc.gov

Cc: stephanie.litos@dc.gov

Bcc: tonia.robinson@dc.gov

Date: Tuesday, April 28, 2020, 10:52 AM EDT

Thank you.
Please, see attached service of process documents for the district and employees of the district.
The case is already handled by Matthew Trout.
Henok

On Tuesday, April 28, 2020, 10:44:03 AM EDT, Copeland, Chad (OAG) <chad.copeland@dc.gov> wrote:

Yes, on a temporary basis throughout the public health emergency. The procedure for electronic service is laid out in the attached office order.

Chad Copeland

Deputy Attorney General

Civil Litigation Division

Office of the Attorney General for the District of Columbia

441 4th Street, NW

Washington, D.C. 20001

(202) 724-6623

chad.copeland@dc.gov

**From:** h araya <arayahen@yahoo.com>
**Sent:** Tuesday, April 28, 2020 10:28 AM
**To:** Copeland, Chad (OAG) <chad.copeland@dc.gov>
**Subject:** service of process

**CAUTION:** This email originated from outside of the DC Government. Do not click on links or open attachments unless you recognize the sender and know that the content is safe. If you believe that this email is suspicious, please forward to phishing@dc.gov for additional analysis by OCTO Security Operations Center (SOC).

Mr. Copeland,

Due to the pandemic, I was told that OAG is now accepting service of process electronically for the district and its employees? is that true?

Henok



amended complaint.pdf
857.6kB

Summons in a Civil Action benfield.pdf
144.5kB

Summons in a Civil Action briganty.pdf
145.6kB

Summons in a Civil Action dc.pdf
148.1kB

Summons in a Civil Action james.pdf
145.6kB

Summons in a Civil Action.pdf reece.pdf
144.1kB

summons rice.pdf
399.4kB