## AFFIDAVIT OF NON-SERVICE

| Case: 1:19-CV-03304 | Court: US District Court for the District of Columbia | County: District Of Columbia, DC | Job: 4544374 |
|---|---|---|---|
| Plaintiff / Petitioner: Henok A. Mengesha | | Defendant / Respondent: Benidia Rice, The District of Columbia Mayor Bowser, Magda Benfield, James Kevin McIntyre, Nicole M. Reece, & Yajaira Briganty | |
| Received by: District Legal Services, LLC | | For: Henok A. Mengesha | |
| To be served upon: Nicole M. Reece | | | |

I, Ellen Hebert, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Nicole M. Reece, Home: 7525 Morningside Drive NW, Washington, DC 20012
**Manner of Service:** Unsuccessful Attempt
**Documents:** Amended Complaint (Received May 19, 2020 at 1:50pm EDT), Summons in a Civil Action (Received May 19, 2020 at 1:50pm EDT)

### Additional Comments:

1) Unsuccessful Attempt: May 19, 2020, 8:08 pm EDT at Home: 7525 Morningside Drive NW, Washington, DC 20012
Location is a free standing two story red brick house with black shutters. I spoke to a man who identified himself as Ms. Reece's boyfriend. He would not take the document or provide his name. He is about 50 years old, 5'9", 180 lbs. with short, salt and pepper hair.

2) Unsuccessful Attempt: May 21, 2020, 3:02 pm EDT at Home: 7525 Morningside Drive NW, Washington, DC 20012
Rang the bell a couple times. No response. No sign of anyone inside.

3) Unsuccessful Attempt: May 23, 2020, 10:21 am EDT at Home: 7525 Morningside Drive NW, Washington, DC 20012
I spoke to a man through the door. He asked "Who is it?" to which I replied "Hello, I'm looking for Nicole Reece.". There was no further communication and no one came to the door in spite of continued knocking on the front door and ringing the bell.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Ellen S Hebert  5-28-2020

Ellen Hebert                        Date

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
5/28/2020
Date

FRANCO A. PONCE DE LEON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2023

Commission Expires





RECEIVED
Mail Room

JUN -1 202

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 1:19-CV-03304 | US District Court for the District of Columbia | District Of Columbia, DC | 4544423 |
| **Plaintiff / Petitioner:** Henok A. Mengesha | | **Defendant / Respondent:** Benidia Rice, The District of Columbia Mayor Bowser, Magda Benfield, James Kevin McIntyre, Nicole M. Reece, & Yajaira Briganty | |
| **Received by:** District Legal Services, LLC | | **For:** Henok A. Mengesha | |
| **To be served upon:** Yajaira Briganty | | | |

I, Ellen Hebert, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:**  Yajaira Briganty, Home: 12103 Wilmont Turn, Bowie, MD 20715
**Manner of Service:**  Bad Address
**Documents:**  Amended Complaint (Received May 19, 2020 at 1:50pm EDT), Summons in a Civil Action (Received May 19, 2020 at 1:50pm EDT)

### Additional Comments:
1) Unsuccessful Attempt: May 20, 2020, 12:43 pm EDT at Home: 12103 Wilmont Turn, Bowie, MD 20715
The new resident moved in January and doesn't know the named party. The current resident is a black male, about 60 years old, 6'3", 300 lbs. He has dark brown skin and eyes, grey hair with some facial hair. He was wearing a grey tee shirt. This is a bad address.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Ellen Hebert          Date  5-28-2020

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

5/28/2020
Date

FRANCO A. PONCE DE LEON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2023

Commission Expires

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556





RECEIVED
Mail Room

JUN -1 202

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

<mark>
Case 1:19-cv-03304-ABJ   Document 27   Filed 06/01/20   Page 3 of 5
</mark>

## AFFIDAVIT OF NON-SERVICE

| Case: 1:19-CV-03304 | Court: US District Court for the District of Columbia | County: District Of Columbia, DC | Job: 4543925 |
|---|---|---|---|
| Plaintiff / Petitioner: Henok A. Mengesha | | Defendant / Respondent: Benidia Rice, The District of Columbia Mayor Bowser, Magda Benfield, James Kevin McIntyre, Nicole M. Reece, & Yajaira Briganty | |
| Received by: District Legal Services, LLC | | For: Henok A. Mengesha | |
| To be served upon: Magda Benfield | | | |

I, Ellen Hebert, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** Magda Benfield, Home: 14421 Mayfair Drive Apartment 31, Laurel, MD 20707

**Manner of Service:** Unsuccessful Attempt

**Documents:** Amended Complaint (Received May 19, 2020 at 1:50pm EDT), Summons in a Civil Action (Received May 19, 2020 at 1:50pm EDT)

### Additional Comments:

1) Unsuccessful Attempt: May 20, 2020, 3:51 pm EDT at Home: 14421 Mayfair Drive Apartment 31, Laurel, MD 20707
I spoke to a man through a window by the front door. I couldn't get a good look at him. He is a black man, about 65 years old, average height, thin build. He has greying facial hair. He said I would have to try back another day. 14421 Mayfair Drive is a 3 story, 1 car garage townhouse at the end of a row of townhouses with pale yellowish siding.

2) Unsuccessful Attempt: May 21, 2020, 8:52 pm EDT at Home: 14421 Mayfair Drive Apartment 31, Laurel, MD 20707
No response to repeated knocking on the front door.

3) Unsuccessful Attempt: May 23, 2020, 11:36 am EDT at Home: 14421 Mayfair Drive Apartment 31, Laurel, MD 20707
No response to repeated knocking on the front door and small window next to the door. No sign of anyone inside.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Ellen S Hebert   5-28-2020

Ellen Hebert                             Date

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556

Subscribed and sworn to before me by the affiant who is personally known to me

Notary Public
5/28/2020

Date          Commission Expires

FRANCO A. PONCE DE LEON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2023





RECEIVED
Mail Room
JUN - 1 202
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## AFFIDAVIT OF SERVICE

| Case: 1:19-CV-03304 | Court: US District Court for the District of Columbia | County: District Of Columbia, DC | Job: 4544352 |
|---|---|---|---|
| Plaintiff / Petitioner: Henok A. Mengesha | | Defendant / Respondent: Benidia Rice, The District of Columbia Mayor Bowser, Magda Benfield, James Kevin McIntyre, Nicole M. Reece, & Yajaira Briganty | |
| Received by: District Legal Services, LLC | | For: Henok A. Mengesha | |
| To be served upon: James Kevin McIntyre | | | |

I, Ellen Hebert, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

| | |
|---|---|
| Recipient Name / Address: | James Kevin McIntyre, Home: 3702 Presidential Golf Drive, Upper Marlboro, MD 20774 |
| Manner of Service: | Personal/Individual, May 20, 2020, 8:52 am EDT |
| Documents: | Amended Complaint (Received May 19, 2020 at 1:50pm EDT), Summons in a Civil Action (Received May 19, 2020 at 1:50pm EDT) |

### Additional Comments:
1) Successful Attempt: May 20, 2020, 8:52 am EDT at Home: 3702 Presidential Golf Drive, Upper Marlboro, MD 20774 received by James Kevin McIntyre. Age: 45; Ethnicity: African American; Gender: Male; Weight: 180; Height: 6'2"; Hair: Brown; Eyes: Brown; Other: Mr. McIntyre has a mustache and was wearing a robe, Redskins sandals and wire rim glasses.;
3702 Presidential Golf Drive is a large house with a brick edifice, dark red shutters and a 2 car garage. It is offset from the road behind/between 2 houses on either side.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_Ellen S. Hebert   5-26-2020_
Ellen Hebert                Date

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public    FRANCO A. PONCE DE LEON
5/26/2020        NOTARY PUBLIC DISTRICT OF COLUMBIA
Date             My Commission Expires November 14, 2023
                 Commission Expires


RECEIVED Mail Room
JUN - 1 202_
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



## AFFIDAVIT OF SERVICE

| Case: 1:19-CV-03304 | Court: US District Court for the District of Columbia | County: District Of Columbia, DC | Job: 4544460 |
|---|---|---|---|
| Plaintiff / Petitioner: Henok A. Mengesha | | Defendant / Respondent: Benidia Rice, The District of Columbia Mayor Bowser, Magda Benfield, James Kevin McIntyre, Nicole M. Reece, & Yajaira Briganty | |
| Received by: District Legal Services, LLC | | For: Henok A. Mengesha | |
| To be served upon: Benidia Rice | | | |

I, Ellen Hebert, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

| | |
|---|---|
| Recipient Name / Address: | Benidia Rice, Home: 1783 Verbena Street NW, Washington, DC 20012 |
| Manner of Service: | Personal/Individual, May 19, 2020, 8:26 pm EDT |
| Documents: | Amended Complaint (Received May 19, 2020 at 1:50pm EDT), Summons in a Civil Action (Received May 19, 2020 at 1:50pm EDT) |

### Additional Comments:
1) Successful Attempt: May 19, 2020, 8:26 pm EDT at Home: 1783 Verbena Street NW, Washington, DC 20012 received by Benidia Rice. Age: 65; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'4"; Hair: Other; Eyes: Brown; Other: Ms. Rice wore a face mask and what may have been pajamas. Her hair is black with a little grey.;

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Ellen Hebert     Date 5-26-2020

Contractor of
District Legal Services, LLC
1615 New Hampshire Avenue, NW Suite #400
Washington, DC 20009
202.780.6556

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public     5/26/2020
Date

FRANCO A. PONCE DE LEON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires November 14, 2023
Commission Expires