RECEIVED
Mail Room
JUN 2 9 2020
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Henok A. Mengesha

v.                                                          1:19-cv-03304

Benidia Rice et al                                          Judge: Jackson, Amy Berman

**PLAINTIFF'S OPPOSITION TO DEFENDANTS BENIDIA RICE, JAMES KEVIN McINTYRE, AND MAGDA BENFIELD'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant's motion should be dismissed. Plaintiff wholly incorporates his opposition to the motion to dismiss that was filed by District of Columbia. Plaintiff has properly alleged each allegation to all defendants. There is no requirement for heighten pleadings. I have properly alleged under color of State Law in order to establish liability under § 1983. I will prove that I have been deprived of federal statutory and constitutional rights by each defendants "under color of" state law. I have properly alleged that the defendants in their individual capacities have "[m]isused the power, possessed by virtue of state law and made possible only because the wrongdoer is clothed with the authority of state law. I have properly alleged malicious prosecution under their individual capacity. Therefore, my allegations against all defendants in their individual capacities are a valid claim and cannot be dismissed.

There were over 50 allegations; the defendants did not specify which allegations were barred under the § 1983. None of the individuals has any forms of immunity, because "their conduct violated clearly established statutory or constitutional rights of which a reasonable person would have known." Harlow v. Fitzgerald, 457 U.S. at 818, 102 S.Ct. at 2738. All allegations I have made stated clearly that the defendants knew what they were doing violated

my due process but continued to do so solely because they were clothed with the authority of state law.

Henok A. Mengesha

## Certificate of Service

I certify that a true copy of the foregoing and attached was mailed through regular mail and delivered to Defendant's    6/23/2020

*Henok Araya*

Matthew trout

Assistant attorney general

441 4th st nw suite 630 south

Washington dc 20001

Matthew.trout1@dc.gov

And

Briganty, Yajaira

441 4th st nw suite 630 south

Washington dc 20001