UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENOK MENGESHA,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>*Defendants*. | Case No. 1:19-cv-3304 (ABJ) |

### DEFENDANTS BENIDIA RICE, JAMES KEVIN McINTYRE, AND MAGDA BENFIELD'S REPLY TO PLAINTIFF'S OPPOSITION TO THEIR MOTION TO DISMISS THE AMENDED COMPLAINT

In response to Defendants Benidia Rice, James Kevin McIntyre, and Magda Benfield's Motion to Dismiss the Amended Complaint [28], Plaintiff filed a conclusory opposition [30] in which he avers without explanation that his "allegations against all defendants in their individual capacities are a valid claim and cannot be dismissed." Because Plaintiff fails to offer any meaningful rebuttal to Defendants' arguments, the Court should dismiss the claims against Defendants for the reasons set forth in their motion to dismiss.

Date:  July 8, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

/s/ *Philip Medley*
PHILIP MEDLEY [1010307]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-6626
(202) 741-5920 (fax)
Philip.medley@dc.gov

/s/ *Matthew Trout*
MATTHEW TROUT [1030119]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-5695
(202) 724-6590 (fax)
matthew.trout1@dc.gov

*Counsel for Defendants Rice, McIntyre, and Benfield*

## CERTIFICATE OF SERVICE

This certifies that on July 8, 2020, undersigned counsel served a copy of the foregoing Reply on Plaintiff *pro se* via email at the following address:

arayahen@yahoo.com

/s/ *Matthew Trout*
MATTHEW TROUT