UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENOK MENGESHA,<br><br>        *Plaintiff*,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>        *Defendants*. | Case No. 1:19-cv-3304 (ABJ) |

## DEFENDANT YAJAIRA BRIGANTY'S MOTION TO DISMISS THE AMENDED COMPLAINT

Defendant Yajaira Briganty respectfully moves the Court under Fed. R. Civ. P. 12(b)(6) to dismiss the Amended Complaint, filed on December 6, 2019.[1]  The Amended Complaint fails to state a claim for which relief can be granted against Briganty in her official or personal capacities.  A memorandum of points and authorities supporting this motion and a proposed order are attached.

Date: July 9, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

/s/ *Philip Medley*
PHILIP MEDLEY [1010307]

---

[1]    In responding, Defendant Briganty is waiving any further service of process in this case.

Assistant Attorney General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-6626
(202) 741-5920 (fax)
Philip.medley@dc.gov

/s/ *Matthew Trout*
MATTHEW TROUT [1030119]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-5695
(202) 724-6590 (fax)
matthew.trout1@dc.gov

*Counsel for Defendant Briganty*

## CERTIFICATE OF SERVICE

This certifies that on July 9, 2020, undersigned counsel served a copy of the foregoing Motion to Dismiss the Amended Complaint and the memorandum of points and authorities and proposed order attached thereto on Plaintiff via email at the following address:

arayahen@yahoo.com

/s/ *Matthew Trout*
MATTHEW TROUT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENOK MENGESHA,<br><br>      *Plaintiff*,<br><br>      v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>      *Defendants*. | Case No. 1:19-cv-3304 (ABJ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT YAJAIRA BRIGANTY'S MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant Yajaira Briganty submits this memorandum of points and authorities in support of her motion to dismiss the Amended Complaint under Fed. R. Civ. P. 12(b)(6). The Amended Complaint does not state any claim for which relief can be granted against Briganty in either her personal or official capacities.

Defendant Briganty adopts and incorporates the legal arguments advanced by Defendant District of Columbia (the District) in its Motion to Dismiss [6] and Reply [22], as well as the arguments set forth in Defendants Rice, McIntrye, and Benfield's Motion to Dismiss [28] and Reply [31]. Those arguments are summarized briefly as follows: (1) the Amended Complaint contains no allegations specific to Briganty to support any § 1983 or common law claims against her directly, and in any case, the allegations are insufficient to support the necessary elements of those claims—in particular, the § 1983 claim fails because the District afforded Plaintiff due process to challenge the enforcement actions, regardless of any purported legal errors; (2) without a valid federal claim, the Court should not exercise supplemental jurisdiction over the common law claims; (3) the Amended Complaint does not contain sufficient facts to support the

necessary elements of the common law claims; (4) Counts VI-IX should be dismissed because they are not bases of liability but rather request certain types of relief; and finally (5) the claims against Briganty in her official capacity should be dismissed because they are properly brought against the District itself, which is already a party to this case.

For these reasons, the Court should grant Defendant Briganty's motion to dismiss the Amended Complaint.

| | |
|---|---|
| Date:   July 9, 2020 | Respectfully submitted, |
| | KARL A. RACINE<br>Attorney General for the District of Columbia |
| | CHAD COPELAND<br>Deputy Attorney General<br>Civil Litigation Division |
| | /s/ *Christina Okereke*<br>CHRISTINA OKEREKE [219272]<br>Chief, Civil Litigation Division Section II |
| | /s/ *Philip Medley*<br>PHILIP MEDLEY [1010307]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Suite 630 South<br>Washington, D.C. 20001<br>(202) 724-6626<br>(202) 741-5920 (fax)<br>philip.medley@dc.gov |
| | /s/ *Matthew Trout*<br>MATTHEW TROUT [1030119]<br>Assistant Attorney General<br>441 Fourth Street, N.W.<br>Suite 630 South<br>Washington, D.C. 20001<br>(202) 724-5695<br>(202) 724-6590 (fax)<br>matthew.trout1@dc.gov |
| | *Counsel for Defendant Briganty* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HENOK MENGESHA,

*Plaintiff*,

v.

DISTRICT OF COLUMBIA, et al.,

*Defendants*.

Case No. 1:19-cv-3304 (ABJ)

**ORDER**

Upon consideration of Defendant Yajaira Briganty's Motion to Dismiss the Amended Complaint, any opposition or reply thereto, and the entire record herein, it is this _____ day of _____, 2020 hereby

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that the Amended Complaint as against Defendant Briganty is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

AMY BERMAN JACKSON
United States District Judge

Copies to:

Henok Mengesha
*Pro se Plaintiff*

Philip Medley
Matthew Trout
*Counsel for Defendant Briganty*