UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENOK MENGESHA,<br><br>*Plaintiff*,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br><br>*Defendants*. | Case No. 1:19-cv-3304 (ABJ) |

### DEFENDANTS DISTRICT OF COLUMBIA, BENIDIA RICE, JAMES KEVIN McINTYRE, MAGDA BENFIELD, AND YAJAIRA BRIGANTY'S MOTION TO STAY DISCOVERY

Defendants District of Columbia, Benidia Rice, James Kevin McIntyre, Magda Benfield, and Yajaira Briganty respectfully move the Court under Fed. R. Civ. P. 16(b)(4) and 26(d)(1) to stay discovery pending the Court's resolution of their motions to dismiss the Amended Complaint. A memorandum of points and authorities supporting this request accompanies this motion. A proposed order is also attached.

Date:  July 9, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

/s/ *Philip Medley*
PHILIP MEDLEY [1010307]
Assistant Attorney General
441 Fourth Street, N.W.

                    Suite 630 South
                    Washington, D.C. 20001
                    (202) 724-6626
                    (202) 741-5920 (fax)
                    philip.medley@dc.gov

                    /s/ *Matthew Trout*
                    MATTHEW TROUT [1030119]
                    Assistant Attorney General
                    441 Fourth Street, N.W.
                    Suite 630 South
                    Washington, D.C. 20001
                    (202) 724-5695
                    (202) 724-6590 (fax)
                    matthew.trout1@dc.gov

                    *Counsel for Defendants District of Columbia, Benidia Rice, James Kevin McIntyre, Magda Benfield, and Yajaira Briganty*

## LCvR 7(m) CERTIFICATION

Undersigned counsel certifies that on July 8, 2019, he emailed Plaintiff to seek Plaintiff's position on the stay requested in this motion. Plaintiff indicated that he does not consent to the relief requested.

                    /s/ *Matthew Trout*
                    MATTHEW TROUT

## CERTIFICATE OF SERVICE

This certifies that on July 9, 2020, undersigned counsel served a copy of the foregoing Motion to Stay Discovery and the memorandum of points and authorities and proposed order attached thereto on Plaintiff via email at the following address:

    arayahen@yahoo.com

                    /s/ *Matthew Trout*
                    MATTHEW TROUT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HENOK MENGESHA, *Plaintiff*, v. DISTRICT OF COLUMBIA, et al., *Defendants*. | Case No. 1:19-cv-3304 (ABJ) |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS DISTRICT OF COLUMBIA, BENIDIA RICE, JAMES KEVIN McINTYRE, MAGDA BENFIELD, AND YAJAIRA BRIGANTY'S MOTION TO STAY DISCOVERY

Defendants District of Columbia (the District), Benidia Rice, James Kevin McIntyre, Magda Benfield, and Yajaira Briganty (collectively, "Defendants") seek a stay of discovery under Fed. R. Civ. P. 16(b)(4) and Fed. R. Civ. P. 26(d)(1) pending resolution of the District's Motion to Dismiss the Amended Complaint [6], Defendants Rice, McIntyre, and Benfield's Motion to Dismiss the Amended Complaint [28], and Defendant Briganty's Motion to Dismiss the Amended Complaint [32]. The Amended Complaint asserts various constitutional due process and common law claims related to the District's enforcement of Plaintiff's child support obligations. Plaintiff has emailed Defendants requests for the production of documents and a subpoena *duces tecum*. Because it would be wasteful of the parties' resources to conduct discovery pending resolution of the motions to dismiss, which are dispositive of all claims, a stay of discovery should be granted.

The Court may stay or modify a discovery order upon a showing of good cause. Fed. R. Civ. P. 16(b)(4). When a fully dispositive motion is pending, courts in the District of Columbia routinely stay discovery pending the resolution of the motion. *See Sibley v. U.S. Supreme Court*,

786 F. Supp. 2d 338, 346 (D.D.C. 2011) ("[I]t is well settled that discovery is generally considered inappropriate while a motion that would be thoroughly dispositive of the claims in the Complaint is pending."); *Williams v. District of Columbia*, 9 A.3d 484, 493 n.10 (D.C. 2010) (observing that defendants "successfully moved to stay discovery pending a ruling on their motion to dismiss").

Good cause supports this request. Defendants' respective motions to dismiss are dispositive of every claim against them in the Amended Complaint. Because discovery may be unnecessary, it would be more efficient for all parties to conduct discovery after the motions to dismiss are resolved. Moreover, Plaintiff has not yet established service on all defendants. Thus, although Plaintiff does not consent, he would not be unfairly prejudiced by the granting of this motion to stay discovery at this early stage.

For these reasons, Defendants respectfully request that the Court grant this motion.

Date: July 9, 2020

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ *Christina Okereke*
CHRISTINA OKEREKE [219272]
Chief, Civil Litigation Division Section II

/s/ *Philip Medley*
PHILIP MEDLEY [1010307]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-6626
(202) 741-5920 (fax)

2

philip.medley@dc.gov

/s/ *Matthew Trout*
MATTHEW TROUT [1030119]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 630 South
Washington, D.C. 20001
(202) 724-5695
(202) 724-6590 (fax)
matthew.trout1@dc.gov

*Counsel for Defendants District of Columbia, Benidia Rice, James Kevin McIntyre, Magda Benfield, and Yajaira Briganty*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

HENOK MENGESHA,

       *Plaintiff*,

v.

DISTRICT OF COLUMBIA, et al.,

       *Defendants*.

Case No. 1:19-cv-3304 (ABJ)

## **ORDER**

Upon consideration of Defendants' Motion to Stay Discovery, any opposition and reply thereto, the entire record herein, and for good cause shown, it is this _____ day of July 2020, hereby

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** all discovery in this case shall be stayed pending further order of this Court.

**SO ORDERED**.

_____
AMY BERMAN JACKSON
United States District Judge

Copies to:

Henok Mengesha
*Pro se Plaintiff*

Philip Medley
Matthew Trout
*Counsel for Defendants District of Columbia, Benidia Rice, James Kevin McIntyre, Magda Benfield, and Yajaira Briganty*