## US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Henok A. Mengesha

v.

Benidia Rice et al

1:19-cv-03304

Judge: Jackson, Amy Berman

### Plaintiff's reply to Defendants' opposition

The defendants' opposition does not deny that there was no pre-deprivation due process violation. Plaintiff is entitled by federal law for a pre-deprivation due process; plaintiff was denied of such process and as a direct and proximate result, plaintiff has been injured and suffered tremendously.  In addition to the arguments plaintiff made in his motion for reconsideration, I respectfully ask this court to vacate its order and present the facts to the jury.

Henok A. Mengesha

1



RECEIVED
Mail Room

JAN 2 2 2021

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## Certificate of Service

I certify that a true copy of the foregoing and attached was mailed through regular mail and delivered to Defendant's   1/15/2021

Matthew trout

Assistant attorney general

District of columbia

441 4th st nw suite 630 south

Washington dc 20001

Matthew.trout1@dc.gov