US DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Henok A. Mengesha

v.

Benidia Rice et al

1:19-cv-03304

Judge: Jackson, Amy Berman

## Supplement to the motion for reconsideration

At the time of filing the suit, the plaintiff was a resident of the District of Columbia. As of July 2020, my residency has changed to Virginia, see attached driver's license, exhibit 1. Due to this change, rather than refiling the complaint, the court should exercise its discretion and allow the case to go forward, as there is a complete diversity of the parties.

Henok A. Mengesha



1

## Certificate of Service

12-I there was no consent to file this supplement

I certify that a true copy of the foregoing and attached was mailed through regular mail and delivered to Defendant's 1/28/2021

Matthew trout

Assistant attorney general

District of columbia

441 4th st nw suite 630 south

Washington dc 20001

Matthew.trout1@dc.gov

exhibit 1

